**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MICHAEL SILUK, JR., | : No. 68 MAP 2014 |
| | : |
| Appellant | : Appeal from the order of the |
| | : Commonwealth Court dated June 5, 2014 |
| | : at No. 524 MD 2013 |
| v. | : |
| | : |
| | : |
| JOHN WETZEL, SECRETARY, | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**                                   **DECIDED:  February 17, 2015**

AND NOW, this 17th day of February, 2015, the Order of the Commonwealth Court is hereby **AFFIRMED**.